☒ FILED  ☐ LODGED
**May 02 2025**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona
   United States Courthouse
3  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
4  Telephone: 520-620-7300          CR-25-02086-TUC-MAA
   Attorneys for Plaintiff
5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

25-01986 mj

| United States of America, | |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | Violations: |
| Joshua Castro, | **Count 1:** 8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>(Transportation of Illegal Aliens for Profit)<br>**Felony** |
| Defendant. | **Count 2:** 8 U.S.C. § 1325(a)(1);<br>18 U.S.C. § 3<br>(Accessory After the Fact to Enter the United States at an Improper Time or Place)<br>**Misdemeanor** |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

### COUNT 1

On or about April 10, 2025, in the District of Arizona, Joshua Castro, knowing and in reckless disregard of the fact that certain aliens, including Diego Ramirez-Cruz and Ignacio Salvador Velazquez-Gomez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens, within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

### COUNT 2

From a date unknown to on or about April 10, 2025, in the District of Arizona, Joshua Castro, knowing that certain illegal aliens, including Diego Ramirez-Cruz and

1  Ignacio Salvador Velazquez-Gomez, had entered the United States at a time or place other
2  than as designated by immigration officers, did knowingly assist said aliens, so that they
3  would not be apprehended by law enforcement by transporting them in a vehicle.
4      All in Violation of Title 8, United States Code, Section 1325(a)(1); Title 18 U.S.C.
5  Section 3.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

Date April 10, 2025                    Assistant U.S. Attorney