Waiver of Indictment

☒ FILED  ☐ LODGED

**May 02 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Joshua Castro,<br><br>Defendant. | Case No. 25-01986 mj<br><br>CR-25-02086-TUC-MAA<br><br>WAIVER OF INDICTMENT |

The above-named defendant, who is accused of one or more offenses punishable by imprisonment for more than one year, being advised of the nature of the proposed charge(s) and of his rights, waives in open court prosecution by indictment and consent to prosecution by information.

_____
Joshua Castro
Defendant

_____
Counsel for Defendant

Date  4-22-25