JON M. SANDS
Federal Public Defender
**WALTER I. GONCALVES, JR**
Assistant Federal Public Defender
Arizona State Bar № 023659
407 W Congress Street, Suite 501
Tucson, Arizona 85701
(520) 879-7500
Walter_Goncalves@fd.org
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR25-02086-TUC-MAA |
| Plaintiff, | **NOTICE OF CHANGE OF PLEA HEARING** |
| vs. | |
| Joshua Castro, | |
| Defendant. | |

PLEASE TAKE NOTICE that Defendant's Change of Plea will be heard on May 6, 2025, at 3:00p.m. before the Honorable Magistrate Bruce G. Macdonald.

**Respectfully submitted:**   May 2, 2025.

JON M. SANDS
Federal Public Defender

  *s/Walter I. Goncalves Jr.*
**WALTER I. GONCALVES, JR**
Assistant Federal Public Defender