☒ FILED  ☐ LODGED
May 06 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

CR-25-2086-BGM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Mag. No. 25-01986mj |
| Plaintiff, | |
| vs. | ORDER FOR RELEASE OF MATERIAL WITNESSES |
| Joshua Castro, | |
| Defendant. | |

Upon defendant's plea of guilty, and for good cause shown,

IT IS ORDERED directing the United States Marshal to release the material witnesses in this action, Diego Ramirez-Cruz and Ignacio Salvador Velazquez-Gomez, to the Bureau of Immigration and Customs Enforcement, Department of Homeland Security for return to their country of origin.

Dated: 5/6/2025

United States Magistrate Judge