**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Joshua Castro**<br><br>USM#: 73315-511 | *PETTY*<br>**JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>**No. CR-25-02086-001-TUC-BGM**<br><br>Walter Ivan Goncalves, Jr (FPD)<br>Attorney for Defendant |

**THE DEFENDANT ENTERED A PLEA OF** guilty on 5/6/2025 to Count 2 of the Information.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1325(a)(1) and Title 18, U.S.C. §3, Accessory After the Fact to Enter the United States at an Improper Time or Place, a Petty offense, as charged in Count 2 of the Information.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **NINETY (90) DAYS**, with credit for time served.

**IT IS ORDERED** Count One is dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED     **FINE:** WAIVED     **RESTITUTION:** N/A

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

On motion of the Government, the special assessment is REMITTED.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

Case 4:25-cr-02086-BGM   Document 17   Filed 05/06/25   Page 2 of 2

CR-25-02086-001-TUC-BGM                                                                                   Page 2 of 2
USA vs. Joshua Castro

The Court orders commitment to the custody of the Bureau of Prisons.

The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence: **Tuesday, May 06, 2025**

Dated this 6th day of May, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Bruce G. Macdonald
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:

defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

United States Marshal                                      By:        Deputy Marshal

CR-25-02086-001-TUC-BGM- Castro